MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

September 22, 2026

By ECF
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Mario Villegas**
**26 Cr. 97 (ALC)**

Dear Judge Carter,

I represent defendant Mario Villegas in the above-referenced matter and write with respect to the status conference presently scheduled for Thursday, September 24, 2026, at 12:00 p.m.

On Thursday, I am required to appear in Orange County in connection with a federal homicide matter and therefore will be unable to personally attend the conference before the Court. Jonathan Marvinny, counsel co-defendant Jason Ahmed, has graciously agreed to appear on my behalf for Mr. Villegas.

Accordingly, I respectfully request that the Court permit Mr. Marvinny to appear on my behalf at the September 24th conference.

Thank you.

Respectfully Submitted,

Matthew J. Kluger, Esq.

cc: AUSA Georgia V. Kostopoulos