MATTHEW J. KLUGER
ATTORNEY AT LAW

888 GRAND CONCOURSE, SUITE 1H
BRONX, NEW YORK 10451
(718) 293-4900 • FAX (718) 618-0140
www.klugerlawfirm.com

October 6, 2026

By ECF
Hon. Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**Re: United States v. Mario Villegas**
**26 Cr. 97 (ALC)**

Dear Judge Carter,

I represent defendant Mario Villegas in the above-referenced matter. A status conference was held in this matter on September 24, 2026. At that time, the undersigned was unable to appear due to a scheduling conflict and requested that Jonathan Marvinny, counsel for co-defendant Jason Ahmed, appear for Mr. Villegas on my behalf. (Doc. #52). Unfortunately, I was unable to notify Mr. Villegas and seek his consent prior to the conference. Accordingly, Mr. Villegas was unsure what to do at the conference and would not consent to have Mr. Marvinny appear for me. The matter was adjourned to December 8, 2026.

I have since had the opportunity to discuss the matter with Mr. Villegas. He now consents to the adjournment of the conference to December 8, 2026 and, for the reasons stated on the record at the September 24 conference, consents to the exclusion of time from September 24, 2026 through December 8, 2026.

I have spoken personally with AUSA Georgia V. Kostopoulos and advised her of the foregoing. The Government agrees that the matter should proceed on December 8, 2026, as presently scheduled, without any additional action by the Court.

Thank you.

Respectfully Submitted,

Matthew J. Kluger, Esq.

cc: AUSA Georgia V. Kostopoulos